IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE BLANKENSHIP,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CORRECTIONAL OFFICER A. WILLIAMS, and CORRECTIONAL OFFICER LITTLE,<br><br>　　　　　　　　　　　Defendants. | Case No. C 09-1794 LHK (PR)<br><br>AMENDED [PROPOSED] ORDER CORRECTING DATE OF EXTENSION OF TIME FOR DEFENDANT'S MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION |

　　　Defendant A. Williams has requested a sixty-day extension of time, up to and including January 28, 2011, for all Defendants to file a dispositive motion. The Court finds good cause for the motion and grants it.

　　　Any opposition by Plaintiff to Defendant's dispositive motion shall be filed and served no later than thirty days from the date Defendant's motion is filed. Defendant shall file a reply brief no later than fifteen days after Plaintiff's opposition is filed.

Dated: ___12/1/2010　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Lucy H. Koh

1