IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE BLANKENSHIP,            )<br>                                                        )<br>          Plaintiff,                           )<br>                                                        )<br>     v.                                              )<br>                                                        )<br>CALIFORNIA DEPARTMENT OF       )<br>CORRECTIONS, et al.,                    )<br>                                                        )<br>          Defendants.                       )<br>_____) | No. C 09-1794 LHK (PR)<br><br>ORDER DISMISSING<br>DEFENDANT LITTLE FOR<br>FAILURE TO LOCATE |

    Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  On December 17, 2010, the Court advised Plaintiff that it was his responsibility to provide the Court with information necessary to locate Defendant Little.  In that Order, the Court directed Plaintiff to provide sufficient information to effectuate service, or face dismissal of Defendant Little, within thirty days.  *See* Fed. R. Civ. P. 4(m).  More than thirty days have passed, and Plaintiff has not provided any information regarding the location of Defendant Little, nor has he demonstrated "good cause" for such failure.  *See Walker v. Sumner*, 14 F.3d 1415, 1421-22 (9th Cir. 1994).

    Accordingly, Defendant Little is DISMISSED.

    IT IS SO ORDERED.

DATED:   2/18/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order  Dismissing Defendant Little for Failure to Locate
P:\PRO-SE\SJ.LHK\CR.09\Blankenship794dis-little4m.wpd