IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE BLANKENSHIP, | ) | No. C 09-1794 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| CDCR, et al., | ) | |
| Defendants. | ) | |

An order of judgment is hereby entered DISMISSING this action without prejudice for failure to exhaust. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 5/24/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.09\Blankenship794jud.wpd